UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN C. PATTERSON,

    Petitioner,

v().                                           CASE NO. 6:05-cv-1734-Orl-19JGG
                                                   (6:03-cr-065-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. No. 1, filed November 21, 2005). Petitioner has attached a memorandum of law to the § 2255 motion which exceeds the twenty page limit set forth in Local Rule 3.01(c).

Thereon it is **ORDERED** that the memorandum attached to the § 2255 motion is **STRICKEN** and shall be returned to Petitioner by the Clerk of the Court. Petitioner shall have **THIRTY (30) DAYS** from the date of this Order to file a new memorandum of law that complies with all applicable rules, including the page limitation set forth in Local Rule 3.01(c).

**DONE AND ORDERED** at Orlando, Florida this 7th day of December, 2005.

*[signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 12/7
John C. Patterson
Counsel of Record