UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN C. PATTERSON,

    Petitioner,

v.                                          CASE NO. 6:05-cv-1734-Orl-19JGG
                                                 (6:03-cr-065-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

---

**ORDER**

        This case is before the Court on Petitioner's Supplemental Brief According to Federal Rules of Civil Procedure, Rule 15 (Doc. No. 4, filed December 8, 2005). Petitioner seeks to add a fifth claim to his § 2255 motion.

        The Court finds that in order to promote judicial economy and efficiency, Petitioner should use the standard pre-printed form to assert all claims in one document. In addition, if Petitioner wishes to submit a separate memorandum of law in support of such claims, he may submit one memorandum of law in support of all the claims within the time period set forth below. However, any memorandum of law must comply with the dictates of the Local Rules, including the page limitation set forth in Local Rule 3.01(c).

        **THEREFORE, IT IS ORDERED THAT:**

        (a)    Not later than **THIRTY (30) DAYS** from the date of this Order, Petitioner shall refile his motion on the form provided as an attachment to this Order by the Clerk.

Petitioner shall also provide the Clerk with one (1) additional copy of the revised motion for the Government.

    (b)    **This case will be dismissed without further notice if Petitioner fails to file the amended motion within this time period.**

    **DONE AND ORDERED** at Orlando, Florida this __11th__ day of December, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 12/11
John C. Patterson
Counsel of Record