UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JOHN C. PATTERSON,

    Petitioner,

v.                                              CASE NO. 6:05-cv-1734-Orl-19JGG

UNITED STATES OF AMERICA,

    Respondent.
_____

**ORDER**

      The Clerk of the Court is directed to send the Court's Order of December 12, 2005 (Doc. No. 5) to Petitioner at the following address:

      FCI Bennettsville
      P.O. Box 52020
      696 Muckerman Road
      Bennettsville, S.C. 29512

The Clerk of the Court shall also change Petitioner's mailing address to the above-mentioned location.

      Petitioner shall have thirty (30) days from the date of this Order to comply with the Court's Order of December 12, 2005.  The failure to do so will result in the dismissal of this action without further notice.  Additionally, Petitioner must provide written notice to the

Court if he changes his mailing address in the future.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __23rd___ day of January, 2006.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 1/23
John C. Patterson
Counsel of Record