UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN C. PATTERSON,

    Petitioner,

v.                                                    CASE NO. 6:05-cv-1734-Orl-19JGG
                                                          (6:03-cr-065-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 12, 2005, the Court ordered Petitioner to refile his section 2255 motion on the appropriate form (Doc. No. 5). On December 28, 2005, the Order that was mailed to Petitioner was returned to the Court marked "REFUSED." The Court then determined that Petitioner had been moved to another correctional facility and entered an Order directing the Clerk of the Court to send the December 12, 2005, to his new address (Doc. No. 6, filed January 23, 2006). Petitioner was given thirty days from the date of the second Order to comply with the requirements of the December 12, 2005, Order. Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising filing a section 2255 motion. *See* 28 U.S.C. § 2255.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 28th day of February, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 2/28
John C. Patterson