UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN C. PATTERSON,

    Petitioner,

v.                                CASE NO. 6:05-cv-1734-Orl-19JGG
                                        (6:03-cr-065-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

_____

## **ORDER**

This case is before the Court on the following motions:

1.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 10, filed March 31, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $255.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.     Petitioner's Request for a Certificate of Appealability (Doc. No. 9, filed March 20, 2006) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right."

28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __5th__ day of April, 2006.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 4/5
Counsel of Record
John C. Patterson