UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN C. PATTERSON,

    Petitioner,

v.                                            CASE NO. 6:05-cv-1734-Orl-19JGG
                                                            (6:03-cr-065-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following motion:

**MOTION**:   Petitioner's Motion for Court to Take Judicial Notice and Vacate Closure of Case (Doc. No. 12, filed April 17, 2006).

Thereon it is **ORDERED** that the motion is **DENIED**. Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida this __30th__ day of May, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 5/30
John C. Patterson
Counsel of Record